


SM/PCM: USAO#2016R00347

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. ELH-16-0299 |
| | * | |
| v. | * | (Possession of Firearm and Ammunition |
| | * | by a Felon, 18 U.S.C. § 922(g)(1); |
| | * | Possession with the Intent to Distribute a |
| SEAN MOUZON, | * | Controlled Substance, 21 U.S.C. |
| | * | § 841(a)(1); Possession of a Firearm in |
| Defendant | * | Furtherance of a Drug Trafficking |
| | * | Crime, 18 U.S.C.§ 924(c)(1)(A); |
| | * | Forfeiture, 18 U.S.C. § 924(d)) |

\*\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 24, 2016, in the District of Maryland, the defendant,

**SEAN MOUZON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a CN Romarm SA/Cugir rifle, model GP WASR-10/63, serial number 1985PT6547, and ammunition, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about April 24, 2016, in the District of Maryland, the defendant,

### SEAN MOUZON,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about April 24, 2016, in the District of Maryland, the defendant,

**SEAN MOUZON,**

did knowingly possess a firearm, that is, a CN Romarm SA/Cugir rifle, model GP WASR-10/63, serial number 1985PT6547, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute cocaine and heroin, as charged in Count Two of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Counts One and Three of the Indictment.

2. As a result of the offense alleged in Counts One and Three of this Indictment, the defendant,

**SEAN MOUZONE,**

shall forfeit to the United States the firearm involved in the commission of the offenses, to wit: a CN Romarm SA/Cugir rifle, model GP WASR-10/63, serial number 1985PT6547, in and affecting interstate commerce.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

15 JUNE 2016
Date